1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

9    MICHELE JOSEPH,                              )
                                                  )        Case No. 2:16-cv-02782-JCM-NJK
10                         Plaintiff(s),          )
                                                  )
11   vs.                                          )        ORDER
                                                  )
12   IKE GAMING, INC.,                            )        (Docket No. 8)
                                                  )
13                         Defendant(s).          )
                                                  )
14   _____    )

15          Pending before the Court is the parties' motion to extend the deadline for Defendant to

16   respond to the complaint.  Docket No. 8.  Local Rule IA 6-1 states that "[a] motion or stipulation to

17   extend time must state the reasons for the extension requested."  The parties do not provide any

18   reasons for their request.

19          Accordingly, the parties' motion, Docket No. 8, is hereby **DENIED** without prejudice.

20          IT IS SO ORDERED.

21          DATED: December 30, 2016

22                                        _____
                                          NANCY J. KOPPE
23                                        United States Magistrate Judge

24
25
26
27
28