# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE JOSEPH, | Case No. 2:16-cv-02782-JCM-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| IKE GAMING, INC., | |
| Defendant(s). | |

On August 16, 2017, the parties indicated they were in settlement discussions. Docket No. 23. No further action has been taken in this case, and the deadline to file a joint proposed pretrial order expired on December 22, 2017. Docket No. 21. No later than January 18, 2018, the parties shall file either dismissal papers or a joint proposed pretrial order.

IT IS SO ORDERED.

DATED: January 4, 2018

_____
Nancy J. Koppe
United States Magistrate Judge