Robert P. Spretnak
Law Offices of Robert P. Spretnak
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 454-4900
Fax: (702) 938-1055
bob@spretnak.com

Owen B. Dunn, Jr., Esq., OH bar (0074743), admitted *pro hac vice*
Law Offices of Owen Dunn, Jr.
The Ottawa Hills Shopping Center
4334 W. Central Ave., Suite 222
Toledo, OH 43615
(419) 241-9661 – Phone
(419) 241-9737 - Facsimile
dunnlawoffice@sbcglobal.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| Michele Joseph, Individually, | : | Case No. 16-cv-2782-JCM-NJK |
| | : | |
| Plaintiff, | : | **STIPULATION AND** |
| v. | : | **ORDER TO DISMISS ACTION WITH PREJUDICE** |
| | : | |
| IKE GAMING, INC., a Nevada corporation, | : | |
| Defendant. | : | |
| _____ | : | |

     Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs.

/ / /

/ / /

/ / /

4830-0681-9930.1       1

The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Respectfully submitted,

Dated: Dec 29, 2017

Dated: Dec 29, 2017

*/s/ Owen B. Dunn, Jr.*
Owen B. Dunn, Jr. (0074743)
Law Offices of Owen Dunn, Jr.
4334 W. Central Ave., Ste. 222
Toledo, OH 43615
419-241-9661/Fax: 419-241-9737
Email: dunnlawoffice@sbcglobal.net

*/s/ Melissa T. Daugherty*
Melissa T. Daugherty, *admitted pro hac vice*
California Bar No. 227451
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant Ike Gaming, Inc.

and

Robert P. Spretnak
Law Offices of Robert P. Spretnak
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 454-4900
Fax: (702) 938-1055
bob@spretnak.com

Attorneys for Plaintiff

IT IS SO ORDERED January 12, 2018.

United States District Court Judge

4830-0681-9930.1

2